June 09, 2006

Mr. Eric Gordon Walraven
Godwin Pappas Langley Ronquillo, LLP
1201 Elm Street, Ste. 1700
Dallas, TX 75270
Mr. Terry L. Jacobson
Jacobson Beard & Edmondson, P.C.
733 West Second Ave.
Corsicana, TX 75110

RE: Case Number: 05-0454
 Court of Appeals Number: 10-03-00322-CV
 Trial Court Number: 62048

Style: CITIZENS NATIONAL BANK IN WAXAHACHIE
 v.
 TERRY SCOTT

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause. Pursuant to Texas Rule
of Appellate Procedure 59.1, after granting the petition for review and
without hearing oral argument, the Court reverses the court of appeals'
judgment and remands the case to that court.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Sharri |
| |Roessler |
| |Ms. Billie Ann |
| |Fuller |